Van de Wege and another, Copartners, Respondents, vs. Koerner (Edwin O.), Appellant: Koerner (Barney) and others, Defendants.

For the appellant: *Edwin O. Koerner* of Milwaukee.

For the respondents and defendants: *Puhr & Van de Water, Werner, Clemens & Fessler, Bassuener & Humke, Charles A. Copp,* and *Bowler, Bowler & Currie,* all of Sheboygan.

*By the Court.*—Judgment affirmed.

Weber, Respondent, vs. Koerner, alias, Appellant.

For the appellant: *Edwin O. Koerner* of Milwaukee.
For the respondent: *Jos. F. Studnicka* of Milwaukee.

*By the Court.*—Judgment and order affirmed.

*June 2, 1936.*

Richards, Appellant, vs. C. H. Fintel Company and others, Respondents.

For the appellant: *Scott Lowry* and *Lockney & Lowry,* attorneys, and *Richard N. Hunter* of counsel, all of Waukesha.

For the respondents: *Frame & Blackstone* of Waukesha.

*By the Court.*—Judgment affirmed.